**Appeal Dismissed and Memorandum Opinion filed November 17, 2015.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-15-00320-CV**

---

**THOMAS R. WRIGHT, Appellant**

**V.**

**PLAINSCAPITAL BANK, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-50757**

---

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order signed April 6, 2015. On April 16, 2015, this court abated the appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 15-32000. See Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on July 6, 2015.

On October 15, 2015, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown.

2